Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800      *E-FILED 8/2/05*
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-Mail: btran@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation, | Case No. CV-03-5356 RS |
| Plaintiff, | Hon. Richard Seeborg |
| vs. | **STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT LUONG CHAU AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON** |
| LUONG CHAU, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff DIRECTV, Inc. ("DIRECTV") and Defendant LUONG CHAU ("Defendant") (collectively, "Parties"), through their respective counsel of record, that the above-captioned action could be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), **only** as to Defendant, each of said Parties to bear its/his own costs and attorneys' fees.

The terms of the Confidential Settlement Agreement dated June 2, 2005 ("Agreement") entered into between the Defendant and DIRECTV require installment payments from Defendant, the last of which is not due to be received until September 10, 2005, and the performance of other obligations that will not be completed until July 2008. If Defendant does not timely or fully perform these obligations when due, DIRECTV is authorized to seek enforcement of those obligations, including the entry of a Judgment in this action against

BNFY 621115v1                                  -1-                              (CV-03-5356 RS)
**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT LUONG CHAU AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON**

1 | Defendant pursuant to a Stipulation for Entry of Judgment ("Stipulation") executed by the Parties
2 | concurrently with the Agreement. The Parties therefore have consented, and hereby further
3 | stipulate and consent to, the retention of jurisdiction over them by this Court and to reference to a
4 | Magistrate Judge in this District for the purpose of enforcing those obligations of the Agreement,
5 | including entering a Judgment against Defendant pursuant to the Stipulation. The Parties
6 | therefore respectfully request that the Court retain such jurisdiction.

7 | DATED: August 1, 2005          Respectfully Submitted,

8 |                                BUCHALTER, NEMER, FIELDS & YOUNGER
                                   A Professional Corporation

11 | By: _____
                                   Brandon Q. Tran
12 |                                Attorneys for Plaintiff DIRECTV, Inc.

13 | DATED: July 29, 2005

15 | By: _____
                                   Paul B. Nguyen
16 |                                Attorney for Defendant LUONG CHAU

## ORDER

HAVING READ AND CONSIDERED the forgoing Stipulation for Voluntary Dismissal of Defendant LUONG CHAU and Request to Retain Jurisdiction, and such other pleadings, documents and records deemed appropriate by the Court, and good cause appearing therefore, IT IS HEREBY ORDERED:

(1) Defendant is hereby dismissed from this action without prejudice;

(2) Each of said parties to bear its/his own costs and attorneys' fees; and

(3) The Court shall retain jurisdiction over DIRECTV and Defendant to enforce the terms described above of the Settlement Agreement between those parties dated June 2, 2005 and hereby refers any further proceedings in this action to enforce such terms of the Settlement Agreement to a Magistrate Judge of this District.

Dated: August 2, 2005

/s/ Richard Seeborg
Honorable Richard Seeborg
United States Magistrate Judge
Northern District of California